# UNITED STATES DISTRICT COURT

## District of Minnesota

Jose Mauricio Robles Canessa

Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd Lyons, and David Easterwood

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: **0:26-cv-00487-ADM/DLM**

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Based upon the status updates 10 and 11 , this matter is now closed.

Date: 2/23/2026

KATE M. FOGARTY, CLERK